UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAZANIUS JOHNSON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SAN FRANCISCO COUNTY SHERIFF'S DEPARTMENT, et al.,<br><br>　　　　Defendants. | Case No. 21-cv-06602-HSG<br><br>**ORDER OF DISMISSAL** |

Plaintiff filed the instant *pro se* action under 42 U.S.C. § 1983. Dkt. No. 1. On January 7, 2022, the Court reviewed the amended complaint and dismissed it with leave to amend because the amended complaint did not identify any federal law or constitutional provision that was violated. Dkt. No. 16. The Court informed Plaintiff that the failure to file a second amended complaint by February 7, 2022, would result in the dismissal of this action without further notice. *Id.* The deadline to file a second amended complaint has passed and Plaintiff has not filed a second amended complaint. Nor has Plaintiff communicated with the Court. Accordingly, for the reasons stated in the Court's January 7, 2022, order of dismissal with leave to amend, this action is DISMISSED. The dismissal is without prejudice to filing a motion to reopen accompanied by a proposed amended complaint that addresses the deficiencies identified in the Court's January 7, 2022, Order and explaining why Plaintiff failed to timely file a second amended complaint. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: 3/1/2022

HAYWOOD S. GILLIAM, JR.
United States District Judge